# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AUBREY WHITE                                        NO.  2020 CW 0052

VERSUS

BUNGE NORTH AMERICA, INC.                   **MAR 0 3 2020**

---

In Re:   Bunge North America, Inc., applying for supervisory writs, Office of Workers' Compensation, District 06, Nos. 18-04983 c/w 19-06060.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** Louisiana Revised Statutes 23:1209A(2) provides that temporary total disability payments prescribe "one year from the time of making the last payment." While we recognize that any payment, whether in the form of temporary total disability payments, permanent total disability payments, supplemental earnings benefit payments, or permanent partial disability payments, shall stop the commencement of the running of prescription, no payments of any kind were made by the employer, Bunge North America, Inc., to claimant between January 16, 2017 and February 5, 2018, or for a period of more than one year. As such, because no payments were made for more than a period of one year, any claim for total temporary disability payments prescribed. See **Bibbins v. Boh Brothers Construction Company,** 99-349 (La. App. 5th Cir. 10/13/99), 746 So.2d 154, 158. Moreover, the payment of supplemental earnings benefits after the prescriptive period for temporary total disability benefits has run could not serve to interrupt the prescriptive period for temporary total disability benefits. Cf. **Melancon v. Meadow Brook Rehab,** 2003-1255 (La. App. 3d Cir. 4/7/04), 869 So.2d 989, 993. Accordingly, we grant the writ application, sustain Bunge North America, Inc.'s exception raising the objection of prescription, and dismiss Aubrey White's claim for temporary total disability benefits with prejudice. In view of the purpose of the Workers' Compensation Act, this is a matter that the legislature should address.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.